[No. 17551-3-I.   Division One.   May 11, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
LEONARD R. DAWSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83-1-02114-2, Frank L. Sullivan, J., entered January 4, 1985. *Affirmed* by unpublished opinion per Ringold, A.C.J., concurred in by Grosse and Webster, JJ.

[Nos. 17579-3-I; 17661-7-I; 17660-9-I.   Division One.   May 11, 1987.]

*In the Matter of* CARL WELBORN.

*In the Matter of* DELILA P. BISHOP.

Appeals from a judgment of the Superior Court for Snohomish County, No. 56833RO1, Dennis J. Britt, J., entered November 27, 1985. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Swanson and Grosse, JJ.

[Nos. 16921-1-I; 16970-0-I.   Division One.   May 11, 1987.]

*In the Matter of* CHRISTINA MATTHEWS, ET AL.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES,
*Respondent,* v. MICHAEL MATTHEWS, ET AL,
*Appellants.*

Appeals from judgments of the Superior Court for King County, Nos. 82-7-01382-8, 82-7-01317-8, Frank J. Eberharter, J., entered August 9, 1985. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Coleman and Grosse, JJ.